IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-4068 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | **Count 1** |
| | ) | 21 U.S.C. § 841(a)(1) |
| TODD DOUGLAS BABB, and | ) | 21 U.S.C. § 841(b)(1)(A) |
| ERIKA JO THELEN, | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 851 |
| Defendants. | ) | Conspiracy to Distribute a |
| | ) | Controlled Substance |
| | ) | (Babb) |
| | ) | |
| | ) | **Count 2** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 851 |
| | ) | Possession with Intent to Distribute |
| | ) | a Controlled Substance |
| | ) | (Babb) |
| | ) | |
| | ) | **Count 3** |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | Possession with Intent to Distribute |
| | ) | a Controlled Substance |
| | ) | (Thelen) |

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between on or about 2018, and continuing to on or about August 2024, in the Northern District of Iowa and elsewhere, defendant TODD DOUGLAS BABB, did knowingly and intentionally combine, conspire, confederate, with persons known

and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

Before defendant TODD DOUGLAS BABB committed the offense charged in this Count, he was convicted of the following:

(1) On or about July 17, 2017, defendant was convicted in the Iowa District Court for Woodbury County, Case No. FECR093833, of possession with intent to deliver a controlled substance, a felony drug offense, and a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846, and 851.

## Count 2

**Possession with Intent to Distribute a Controlled Substance**

On or about August 7, 2024, in the Northern District of Iowa, defendant TODD DOUGLAS BABB did knowingly and intentionally possess with intent to distribute a mixture or substance containing 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

Before defendant TODD DOUGLAS BABB committed the offense charged in this Count, he was convicted of the following:

(1) On or about July 17, 2017, defendant was convicted in the Iowa District Court for Woodbury County, Case No. FECR093833, of possession with intent to deliver a controlled substance, a felony drug offense, and a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 851.

## Count 3

**Possession with Intent to Distribute a Controlled Substance**

On or about August 7, 2024, in the Northern District of Iowa, defendant ERIKA JO THELEN did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*
SHAWN S. WEHDE
Assistant United States Attorney

A TRUE BILL

██████████████ 9-19-24
Grand Jury Foreperson    Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 09-19-2024
PAUL DE YOUNG, CLERK

3