IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>TODD DOUGLAS BABB,<br>Defendant. | CASE NO. 5:24-CR-4068<br><br>MOTION TO CONTINUE TRIAL |

COMES NOW Defendant Todd Douglas Babb, by and through his undersigned attorney, and respectfully moves this Honorable Court to continue the Trial currently scheduled for August 4, 2025, for an additional thirty (30) days, as additional time is required for the parties to complete plea negotiations and determine if this matter can be resolved without trial.

In support of this Motion, Defendant alleges as follows:

1. There have been four (4) prior continuances of trial in this matter. This is Defendant's second request for a continuance of trial;

2. A continuance of the trial date is necessary as additional time is required for the parties to explore and discuss potential resolutions, and determine if this matter can be resolved without a trial;

3. Defendant was ordered detained pending trial. Defendant understands his right to a speedy trial and that any such extension or continuance will toll this right; and

4. Shawn Wehde, Assistant United States Attorney, has been contacted and has no objection to this Motion; and

1

5. Jessica Donels, attorney for Co-Defendant Erika Thelen, has been contacted and indicated that she has no position on this Motion.

WHEREFORE, Defendant prays this Honorable Court to continue the Trial scheduled for August 4, 2025 for an additional thirty (30) days.

TODD DOUGLAS BABB, Defendant,

BY: /s/Jim K. McGough
Jim K. McGough, #20481
McGoughLaw P.C., L.L.O.
11920 Burt Street, Suite 100
PO Box 540186
Omaha, NE 68154
(402) 614-8655
jmcgough@mcgoughlaw.com

CERTIFICATE OF SERVICE

I certify that on July 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mr. Shawn Wehde
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
Shawn.Wehde@usdoj.gov

/s/Jim K. McGough
For the Firm