Your Honor Sir

I am writing on behalf of my brother Todd Babb He and I were raised in a single parent house hold with out the luxury of a father figure. My mother did her best to raise six children on her own, to teach us to be respectful, and to know the difference between right and wrong. But working as a nurse on the grave yard shift left us unsupervised at night. As kids we took advantage of that and started running the streets at a early age, where we were introduced to drugs. We've lived wreckless lives clouded by our addictions. We've lived outside the law where discipli has been required and deserved. I don't envey your job at all as it must be the toughest job in the world to determine another mans fate. But as a man who he himself has stood in front of you knows you do so with the utmost fairness that the law permitts Todd's involvment with drugs has always been about feeding his addiction and not about profit, As Todd has worked all his life. Todd is loved by all who knows him as he is a kind, caring, respectful, and a responsable person when not under the influence of drugs. With all the great behavor classes that the B.O.P. offers with the Firststep Act, I have no doubt that Todd will inbrace them and come out a change man as I myself have. With Todds age as a factor, we all pray that we get a chance to live out our lifes with him after his release.

Kevin Babb

DEFENDANT'S
EXHIBIT
A
5:24-CR-4068

Case 5:24-cr-04068-LTS-KEM     Document 118-1     Filed 03/30/26     Page 1 of 1