To The Honorable Judge Strand:

My name is Chadwick, and I'm writing to express my support for my father. I've known him for 39 years, and I can confidently say he's a complex individual who deserves compassion and understanding. My father has always been a kind and hardworking individual. He's someone who puts others before himself and is always willing to lend a helping hand.

His strong work ethic and dedication to his family have been a constant source of inspiration for me. I understand that my father's actions have led to serious consequences, and he's taking responsibility for them. Given his guilty plea, I humbly ask that you consider leniency in sentencing.

DEFENDANT'S EXHIBIT

B

5:24-CR-4068

tabbies

He's previously completed parole, held jobs, and shown the ability to rehabilitate. Considering his age and potential health issues, a lengthy sentence would significantly impact his well-being. I believe he deserves a second chance and will continue to be a positive influence in my life and the community.

Sincerely,
Chadwick Babb
3017 Cheyenne Boulevard
Sioux City, Iowa 51104
712-253-8257.