# Victoria Plum

| | |
|---|---|
| **From:** | Latasha Gagnon <gagnonlatasha@gmail.com> |
| **Sent:** | Friday, December 12, 2025 6:00 PM |
| **To:** | Victoria Plum |
| **Subject:** | Character letter for Todd Babb |

To the honorable Judge Strand,

I am writing this letter for my dear friend Todd Babb in hopes that you can see the kind of man that he truly is at heart. Not for his addictions and actions that have placed him where he is today. I have known Todd for 13 years. And we have been the best of friends throughout this time. I have seen him in all parts of his journey. I have seen him low and in addiction and I have seen him grow and try really hard to free himself from those addictions. It's a struggle. I have also been there. And to tell you the truth it is not easy. But everyone honestly needs people that care about us and wants what's best in order for us to kick that habit. I was a hopeless drug addict and I have 8 years clean. So there is hope for everyone. And even in the times of his addiction he never lost his heart, or genuine love for the people around him. He was always smiling, always joking. Always trying to make everyone happy. He took me to the hospital every day for weeks when I had a permanent iv in my arm having to get antibiotics to treat a sickness I had. He stayed there for hours with me to keep me company n to make sure I was ok. He helped with my dog when she needed a c section because her hips weren't wide enough to push the baby's out n some of them had passed. He's always taking care of everyone else instead of taking care of himself. Hes the type of man that would go without to make sure your ok. I am in support for request for leniency from the court because I believe good people deserve another chance at life, to do things right this time. And he will have support from me and a lot of other people when he makes his way out if possible. He deserves to work on himself instead of being thrown away because of a disease that he suffers. He needs help not punished. Todd calls me often expressing remorse for his actions and he knows that what he did was wrong. He wishes he could go back and change the past, but what's done is done. He wants to move forward, and change for his future. And for everyone. Thank you for taking the rime to read this letter. I hope it helps you see that sometimes people just need another chance.

  Sincerely,
  Latasha Gagnon



DEFENDANT'S EXHIBIT

C

5:24-CR-4068

tabbies