December 30, 2025

Dear Judge Strand,

I hope this letter finds you and yours well this holiday season.

The intent of my correspondence today is to discuss my experience with the character of Todd Babb, who is set to come before you for sentencing in the near future.

I have known Todd throughout the past forty years in several capacities. We were first introduced by association of my son's father as an acquaintance. Later, I became close friends with his sister. Most recently, as fiancé to one of Todd's closest friends, I got to know Todd's character the best.

As Todd was set to be released from incarceration, it was a requirement that he have a healthy living environment to be released to. Joe and I agreed to share our home with Todd during his "parole" term.

Initially, being in long-term recovery myself (25+ years), you can imagine that I was somewhat apprehensive. However, I watched Todd go from "just happy to be free" to a productive member of society. Todd worked every day (even when he didn't feel well) and contributed to the household by buying groceries and toiletries on several occasions.

During his stay with us, Todd had the opportunity to become familiar with our kids, grandkids and other family members. To see Todd interacting with our family was such a joy. His face lit up when the kids were over.

1



DEFENDANT'S
EXHIBIT
D
5:24-CR-4068
tabbies

As time went by, Todd was ready to start his journey to living on his own. During this time Todd started dating again, even at my constant urging against it. I feel that in recovery, it is important to work on self first, and he had not completed all that work. Todd is a very giving person, and I felt his choice in women was not in his best interest.

Once Todd moved into his own home, he continued to come over for dinner from time to time over the years. Unfortunately, the occurrence of that began to lessen and I feared that something had really taken a turn.

To learn of the extent of Todd's troubles truly breaks my heart. I have come to know Todd as one of the most caring and giving men I have ever had the pleasure of knowing. Todd's children and grandchildren are going to be the "collateral damage" of Todd's poor choices (just like everyone that chooses that lifestyle).

Since Todd's most recent incarceration, I have been able to visit him. The one thing that gives me great hope for Todd is the fact that he has developed a relationship with The Lord. Speaking from my own experiences, a relationship with The Lord is what it takes to overcome the power of addiction and make it through to the other side, free of it. This is where a person could really be the person they were meant to be.

I hope my words and feelings help you to gain a certain insight, beyond the facts of his actions, into who Todd could be if he was provided with, and took advantage of the opportunity. I am confident that drug treatment along with spiritual guidance could really benefit Todd and it is my hope that he seeks out both during his incarceration.

Thank you for your time and consideration.

Best Regards,

Brenda Berens