December 26, 2025

Dear Judge Strand,

My name is Joe Johnson. I am a very close friend of Todd Babb. We became best friends while incarcerated, unfortunately, but I could not ask for a better friend.

I missed my family, my kids and my life. I have a very large, solid family. I wasn't raised to do the things I did to put myself in that situation.

I believe Todd had the deck stacked against him very early in life. I don't want to go into great detail, but Todd endured a lot from a young age.

The similarity of our lives was the household income. When a person is brought up in that "working class" environment we are taught to not judge others. You may see a lot of people with addictions, but you learn that those addictions do not always define who a person is on the inside. Those addictions are often the person's way of coping.

DEFENDANT'S EXHIBIT
E
5:24-CR-4068

tabbies

Judge, Todd is a good man with a bad addiction. I am asking you not to take his life by sentencing him to an unreasonable amount of time. Todd needs help to overcome his addiction and locking him up until he is beyond a working age will not put him in a position to come home and make a difference in his family's lives and I believe it would devastate him to be unable to be someone positive in their lives.

Todd needs to gain the tools he needs to turn away the old people and ways that he allowed to keep him in the life he has lived. Todd did a great job the last time he was released until he associated with people who were still in active addiction (mostly females).

I consider myself a good judge of character and Todd is an amazing person. The majority of my family have never touched a drug or even a drink and even they see Todd as a great person.

Todd is the kind of person that would never harm another

person. He would be the first to lend a helping hand, even if he didn't know the person. There are just so many good things I could say about Todd, it is ridiculous!

Please, keep in mind that addiction is not prejudiced. People from every walk of life can fall prey to addiction. The main difference between doctors, lawyers, law enforcement and other professionals and people like Todd is that the professionals can "afford" their addictions, people like Todd are often forced into situations like his to "afford" his addiction. This may be sad, but it is true.

Once again, I appeal to your heart; do not give a good man what in this instance would amount to a life sentence. Instead, give him enough time to consider his choices and then help him get the tools he needs to live a productive and normal life.

Thank you for your Consideration in Todd's Life,

Joe Johnson

P.S. So, let me tell you about something that just happened. I almost forgot about it!

I called the Sioux County Jail to ask if they were having visits on Christmas Day. The gal I spoke with said, "yes". She then said to hold on. She wanted to try getting Todd a "special visit". This is where his whole family can go in together to visit him. She ended up asking me to call in the morning after they had a chance to speak with who I assume is a supervisor. When I called the next morning they were unable to approve it because it would have caused an amocity in the inmate population. They spoke so highly of Todd's character during our conversations that I wish they could speak with you about Todd!